UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BARBARA SHUBERT,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOPE PRODUCTS, INC.<br>d/b/a  RECONSERVE, INC.,<br>RECONSERVE, INC. and<br>RECONSERVE OF GEORGIA, INC,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 2:10-CV-00101-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed.**

Dated at Gainesville, Georgia, this 27th day of July, 2011.

                                              JAMES N. HATTEN
                                              CLERK OF COURT


                                    By:  s/Vicki L. Dougherty
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 27, 2011
James N. Hatten
Clerk of Court

By:  s/Vicki L. Dougherty
       Deputy Clerk